PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**



# UNITED STATES DISTRICT COURT

FOR THE

2008 JAN 15 PM 12: 02

SOUTHERN DISTRICT OHIO
WEST ERN DIV CINCINNATI

William Dabney, Jr.

UNITED STATES OF AMERICA

v.                                    Crim. No.   CR-1-02-75

On February 19, 2004 the above named was placed on probation/supervised release for a period of four years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 14th day of January, 20 08.

_____
United States District Judge