IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      : CASE NO: CR-1-02-0075
                           : JUDGE BECKWITH

WILLIAM DABNEY, JR.,

    Defendant.

### NOTICE OF CONSENT AGREEMENT

On January 31, 2003, the Court entered a Judgment against Defendant, William Dabney, Jr., imposing special assessments, fines and/or restitution in the amount of $27,200.00. As of January 3, 2006, there remains a balance due of $26,490.00, inclusive of interest, if applicable.

The United States of America and William Dabney, Jr., hereby stipulate and agree to enter into a payment schedule to satisfy the balance of $ 26,490.00, pursuant to the following terms:

1.     The Defendant, William Dabney, Jr., shall pay the sum of no less than $20.00 per month, on or before the first day of each month, beginning the first day of the month following expiration of supervision and continuing each and every month thereafter until the entire obligation is paid in full.

2.     The Defendant, William Dabney, Jr., shall send the monthly payments by cashier's check or money order, made payable to the *Clerk, United States District Court*, and mailed to:

Clerk's Office

U.S. District Court
U.S. Post Office & Courthouse
Room 326
Cincinnati, Ohio 45202

**NOTE: The case number and defendant's name must be printed on the check.**

3. The Defendant, William Dabney, Jr., agrees and understands that he must submit an updated Financial Statement to the United States for annual review upon demand. Upon review of the Financial Statement, the monthly amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the monetary obligation.

4. The Defendant, William Dabney, Jr., understands that besides the regular monthly payment, the United States may submit the debt to the Department of Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payments Defendant would normally receive may be offset and applied to this debt.

5. The Defendant, William Dabney, Jr., agrees and understands that if any payment is not timely made on or before the date when due, or if Defendant fails to submit financial documentation or agrees to an increase in monthly payments as described in paragraph 3 above, then the entire unpaid balance then remaining shall become immediately due and payable without demand or notice of any kind, and the United States of America may take action as it has a legal right to do to collect all of the money due it by execution, levy, garnishment, offset or otherwise.

6. The Defendant, William Dabney, Jr., shall be obligated to notify the United States Attorney's Office, Southern District of Ohio, in writing of any material change in his financial situation or ability to pay, and of any change in his employment or place of residence. Unless otherwise notified by the United States, all such information shall be sent to the Financial Litigation

Unit, United States Attorney's Office, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215-2401.

7. The Defendant, William Dabney, Jr., understands that the United States has filed or will file a lien against all real and personal property in which Plaintiff has (or will have) a substantial interest and that the filing of such lien (or assertion of such lien in the event any such property is sold, transferred, refinanced or used as collateral) shall not constitute a violation of the terms of this agreement.

8. The parties agree that upon the complete satisfaction of the judgment entered herein, the United States will file a satisfaction of judgment upon the records of this Court and upon the records of any other Court in which it may be recorded and will remove the lien of said judgment wherever recorded.

The parties consent to the terms of the above-specified agreement.

Defendant: William Dabney, Jr.
Address....1818 Hewitt Avenue
Cincinnati, Ohio 45207

Date: 1-3-07

Probation officer, USPO
Michelle Merrett

Date: 1/3/07

GREGORY G. LOCKHART
UNITED STATES ATTORNEY

Deborah F. Sanders
Assistant United States Attorney

Date: 2/5/07

Page 3 of 3